# TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-01763

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Michelle Montgomery Flunder and Gerald Lane Flunder, Sr.<br>    Debtors.<br><br>Chase Home Finance LLC<br>    Movant,<br>vs.<br><br>Michelle Montgomery Flunder and Gerald Lane Flunder, Sr., Debtors; Russell A. Brown, Trustee.<br><br>    Respondents. | No. 2:07-bk-00812-SSC<br><br>Chapter 13<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>10619 Weigand Ave.<br>Los Angeles, CA 90002 |

    Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), and to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

...

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 16th day of July, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Michelle Montgomery Flunder and Gerald Lane Flunder, Sr. filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code. Russell A. Brown was appointed Trustee of the bankruptcy estate.

Debtors have an interest in certain real property located in Los Angeles County, Arizona, more particularly described as:

Lot 632 and 633 of FORTHMANN TRACT, California, as per Map recorded in Book 7 page 158 of Maps, in the office of the County Recorder of Said County.

Debtors executed a Note secured by a Deed of Trust, dated October 21, 2005, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

The Note and Deed of Trust New Century Mortgage as "Lender". Upon information and belief New Century Mortgage is no longer in business and is not in possession of the custodial file. Pursuant to the terms of the Note and Deed of Trust Mortgage Electronic Registration Systems, Inc. "MERS" is a separate Corporation that is acting as nominee for MERS as nomine for New Century Mortgage.

The Note and the beneficial interest in the Deed of Trust is currently held by Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset

Backed Pass-Through Certificates. A true and correct copy of the Assignment of Deed of Trust is attached hereto as Exhibit "C" and incorporated herein by reference.

By virtue of the Note and Deed of Trust, Movant has a secured interest in the property described herein and a secured claim against Debtors. Movant may seek leave of Court to specify any further encumbrances against the Property at the time of the Preliminary and/ or Final Hearing hereon.

Debtors are in default on their obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after September 1, 2008. Post-petition payments are due as follows:

| | |
|---|---|
| 3 Monthly Payments at $1,545.19 (May 1, 2009- July 1, 2009) | $4,635.57 |
| Motion for Relief filing fee | $ 150.00 |
| Attorney Fees Due | $ 800.00 |
| Total amount due | $5,585.57 |

Furthermore, a payment becomes due on the 1st day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

Debtors are indebted to Movant for the principal balance in the amount of $146,795.44, plus accruing interest, costs, and attorneys fees.

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 10619 Weigand Ave. , Los Angeles, CA. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

Pursuant to the Note and Deed of Trust Movant is allowed to request this court to grant reasonable attorney's fees and costs and allowing payment of Movant's attorney's fees and costs pursuant to 11 U.S.C. Section 506(b) which state as follows:

*To the extent that an allowed secured claim is secured by property value of which, after any recovery under subsection (c) of this section, is greater than the amount of such claim, there shall be allowed to the holder of such claim, interest on such claim and any reasonable fees/costs, or charges provided for under the agreement which such claim arose.*

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtors their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtors and/or successors of debtors and to obtain ownership, possession and control of the Property.

DATED this 16th day of July, 2009.

BY <u>/s/ MSB # 010167</u>
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road
Ste. 300
Phoenix, Arizona 85016
Attorneys for Movant