21903182

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-01763/21903182

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:07-bk-00812-SSC |
| Michelle Montgomery Flunder and Gerald Lane Flunder, Sr. | Chapter 13 |
| Debtor. | DECLARATION OF WITNESS |
| Chase Home Finance LLC | |
| Movant, | |
| vs. | |
| Michelle Montgomery Flunder and Gerald Lane Flunder, Sr., Debtors; Russell A. Brown, Trustee. | |
| Respondents. | |

COMES NOW Jamie Downey, of lawful age, being duly sworn upon oath and deposes and says the following:

1. I make this Declaration of my own personal knowledge regarding matters to which I would be competent to testify under oath.

2. I am a _Bankruptcy Supervisor_ for Chase Home Finance LLC, In such capacity, I have knowledge concerning the matters testified to herein.

3. As a _Bankruptcy Supervisor_ for Chase Home Finance LLC, I have knowledge regarding accounts including the amount of the debt secured by the Deed of Trust executed by Michelle Montgomery Flunder and Gerald Lane Flunder, Sr. on October 21, 2005. All entries into the records are made from regular and appropriate sources on or about the time of the events they describe, and it is the regular practice to make and keep such records.

4. Loan No. 21903182 is in default for the post petition payment of $1,441.63 (July 1, 2009 to September 1, 2009) and each monthly payment thereafter for a post-petition default in the amount of $4,324.89, plus accruing interest, late charges, advances (including but not limited to taxes and insurance), attorney's fees and costs associated with this hearing.

5. The foregoing is true and correct of my personal knowledge, based upon the records concerning Movant's Loan No. 21903182.

Further Declarant sayeth naught.

BY: _Jamie Downey_

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2009.

_____
Notary Public

# Jurat

**State of California**  }ss.

**County of San Diego**

*Subscribed and sworn to (or affirmed) before me this 25th day of September, 2009 by Jamie Downey proven to me on the basis of satisfactory evidence to be the person(s) who appeared before me.*



Notary Seal

Signature: *Jaime Gabriel Guevara*

Printed Name: Jaime Gabriel Guevara

------------OPTIONAL------------

**Description of Attached Document**

Title or Type of Document: DECLARATION OF WITNESS

Loan or Borrower Name(s): 21903182

Document Date: 09/25/2009

**Capacity(ies) Claimed by Signer**

Signer(s) Name: JAMIE DOWNEY

Capacity(ies): _____

Signer is representing: _____

1  Copy of the foregoing mailed
   September 29, 2009, to:
2
3  Michelle Montgomery Flunder and Gerald Lane Flunder, Sr.
   5619 N. 47th Ave.
4  Glendale, AZ  85301
   Debtor
5
   David Allegrucci
6  307 North Miller Road
   Buckeye, AZ 85326
7  Attorney for Debtors
8
   Russell A. Brown
9  3838 N. Central Ave
   Suite 800Phoenix, AZ 85012-1965
10 Trustee
11
12 By:  Sheri L. Wray