# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | MICHELLE MONTGOMERY & GERALD LANE FLUNDER |
| **Case Number:** | 2:07-bk-00812-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 29, 2009 01:30 PM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CHASE HOME FINANCE

**R / M #:** 107 / 0

## *Appearances:*

NONE

## *Proceedings:*

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on July 16, 2009 , by Chase Home Finance, LLC ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

  x   The Movant is not the holder of the underlying Note or the current holder of the beneficial interest in the Deed of Trust.  See Local Rule 4001-1(e).

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on October 29, 2009 at 1:30 p.m..

IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.